Cabrera v Colvin, 13-CV-6309
Stipulation and Order

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   JUN 18 2014   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X

VANESSA C. CABRERA,

                    Plaintiff,

-against-

CAROLYN W. COLVIN, as ACTING
COMMISSIONER OF THE UNITED
STATES SOCIAL SECURITY
ADMINISTRATION,
                    Defendant.
--------------------------------X

**STIPULATION AND ORDER**

Civil Action
CV-13-6309

(Feuerstein, J.)

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the plaintiff, VANESSA C. CABRERA and counsel for the defendant, CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, that pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's decision is reversed, and plaintiff's claim is remanded for further administrative proceedings, including a new hearing and a new decision.

The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

Dated: Bay Shore, New York
       June _12_, 2014

By:    DeHaan Busse LLP

          John W. DeHaan, Esq.
          Attorneys for Plaintiff
          300 Rabro Drive East

Cabrera v Colvin, 13-CV-6309
Stipulation and Order

                                                      Suite 101
                                                      Hauppauge, New York 11788
                                                      Telephone: (631) 582-1200
                                                      Facsimile: (631) 582-1232
                                                      Email: jdehaan@dehaanbusse.com

Dated: Central Islip, New York
       June __16__, 2014

                                                      LORETTA E. LYNCH
                                                      United States Attorney
                                                      Eastern District of New York
                                                      Attorney for Defendant
                                                      610 Federal Plaza
                                                      Central Islip, New York 11722

                                  By:      *s/ Kenneth M. Abell*
                                                      KENNETH M. ABELL
                                                      Assistant United States Attorney
                                                      (631) 715-7833
                                                      Email:kenneth.abell@usdoj.gov

SO ORDERED this ____ day of June, 2014:

s/ Sandra J. Feuerstein
_____
Sandra J. Feuerstein
UNITED STATES DISTRICT JUDGE